| PROB 22 (Rev. 8/97) | | DOCKET NUMBER *(Tran. Court)* 5:03CR01161-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 04-10030-MLW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: David Doyle 47 Oakland Street Watertown MA 02472 | DISTRICT SOUTHERN DISTRICT OF TEXAS | DIVISION Laredo |
|---|---|---|
| | NAME OF SENTENCING JUDGE Keith P. Ellison | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 09/17/003    TC 09/16/2006 |

OFFENSE

Possession of a Schedule IV Controlled Substance, Flunitrazapam (Rohypnol) in violation of 21 U.S.C. § 844(a)(1)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS/LAREDO DIVISION</u>

    It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the District of Massachusetts, Boston Division on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

13 January 2004
Date

Keith P. Ellison
United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHESETTS/BOSTON DIVISION

    Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

January 27, 2004
Effective Date

William G. Young
United States District Judge