UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID DOYLE, )<br>Defendant. ) | Crim. No. 04-10030-MLW |

**NOTICE OF APPEARANCE**

Now comes the undersigned Assistant United States Attorney and hereby notices her appearance as counsel for the United States of America in the above captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   */s/ Lisa M. Asiaf*
LISA M. ASIAF
November 9, 2005           Assistant U.S. Attorney
Tel:  (617) 748-3268

CERTIFICATE OF SERVICE

This is to certify that I have this day served, by first class mail, a copy of the foregoing document on all counsel of record who were not served via the ECF system of the United States District Court for the District of Massachusetts.

*/s/ Lisa M. Asiaf*
LISA M. ASIAF
Assistant U.S. Attorney