AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF *Massachusetts*

UNITED STATES OF AMERICA

V.

*David Doyle*

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: *04-10030-MLW*

I, *David Doyle*, charged in a ☐ complaint ☑ petition pending in this District *Massachusetts*

in violation of _____, U.S.C., _____

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

*[signature]*
Defendant

*11/10/05*
Date

*[signature] Catherine K. Byrne*
Counsel for Defendant