42 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF _____

UNITED STATES OF AMERICA
V.
David Doyle

**WARRANT FOR ARREST**

CASE NUMBER: 04-CR-10030

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___David Doyle___
<sub>Name</sub>

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☑ Probation Violation Petition

charging him or her with (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

Dennis O'Leary
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

Boston, MA   October 12, 2005
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____
D/MA Boston

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/8/2005 | SDUSM Jeff Bohn | |
| DATE OF ARREST | | |
| 11/8/2005 | | |