```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA        )
                                )
    v.                          )    Cr. No. 04-10030-MLW
                                )
DAVID DOYLE                     )

### ORDER

WOLF, D.J.                                          December 9, 2005

    For the reasons stated in court on December 9, 2005, it is hereby ORDERED that:

    1. Defendant David Doyle's Supervised Release is REVOKED.

    2. Doyle is sentenced to time-served (6 days) in the custody of the Attorney General.

    3. Doyle shall be on Supervised Release for 12 months on the Standard Conditions and the following Special Conditions:

        a. Doyle shall successfully complete the Ryan House Program his now in.

        b. Doyle shall then reside for 4 months at the Coolidge House Community Confinement Center and shall comply with all the rules and regulations of that program.

        c. Doyle shall participate in a program for substance abuse as directed by the United States Probation Office, which program may include testing to determine whether he has reverted to the use of alcohol or drugs. Doyle shall contribute to the costs of services for such treatment based on his ability to pay or the availability of third party payment.

      d.    Doyle shall participate in a mental health program as directed by the United States Probation Office.  Doyle shall contribute to the costs of services for such treatment based on his ability to pay or the availability of third party payment.

      e.    Doyle shall not consume any alcoholic beverages.

      f.    Doyle shall cooperate in the collection of DNA as directed by the Probation Officer.

      g.    Doyle is prohibited from possessing a firearm or other dangerous weapon.


                                            /s/ MARK L. WOLF
                                      UNITED STATES DISTRICT JUDGE