AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF ~~CLERKS OFFICE~~ FILED

UNITED STATES OF AMERICA
V.

DAVID DOYLE

2007 FEB -9 P 5: 45

**WARRANT FOR ARREST**

U.S. DISTRICT COURT
DISTRICT OF MASS.
CASE NUMBER: 04-10030-MLW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __DAVID DOYLE__
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☑ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

Dennis O'Leary                              Deputy Clerk
Name of Issuing Officer                     Title of Issuing Officer

[signature]                                 6/27/06    Boston MA
Signature of Issuing Officer                Date and Location

Bail fixed at $ _____ by _____
                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY USMS BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 2/6/07 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |