UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 04-10030-MLW |
| | ) | |
| DAVID DOYLE | ) | |

ASSENTED-TO MOTION TO
CONTINUE FINAL REVOCATION HEARING

    The defendant, David Doyle, respectfully requests that this Court continue the final supervised release revocation hearing scheduled for March 8, 2007 until after March 26, 2007. As grounds for this motion, undersigned counsel states that additional time is needed for the parties to confer about the nature of the violations and a resolution of this matter without a contested hearing.

    The government, per Assistant United States Attorney Lisa Asiaf, assents to this motion.

                                      DAVID DOYLE
                                      By his attorney,

                                      /s/ Catherine K. Byrne

                                      Catherine K. Byrne
                                       B.B.O. #543838
                                      Federal Defender Office
                                      408 Atlantic Avenue, 3rd Floor
                                      Boston, MA  02110
                                      Tel: 617-223-8061

-2-

CERTIFICATE OF SERVICE

    I, Catherine K. Byrne, hereby certify that this document filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 1, 2007.

                              /s/ Catherine K. Byrne

                              Catherine K. Byrne