UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10030

| United States | David Doyle |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |
| Lisa Asiaf | Catherine Byrne |
| | |
| | |
| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR DEFENDANT** |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Romanow

CLERK'S NOTES

| DATES: | Revocation Hearing |
|---|---|
| 4/2/07 | Parties report that they have reached an agreement whereby the defendant will stipulate to the violations and parties will recommend a sentence of 10 months custody followed by no further supervised release. Court conducts colloquy of the defendant. Defendant admits tot he violations. Court finds that there is sufficient factual basis to accept the defendant's admission to the violations. Government recommends a sentence of 10 months with no supervision to follow. Defendant joins in the government's recommendation. Defendant addresses the court. Court revokes the defendant's supervised release and sentences the defendant to 10 months custody with no further term of supervised release. Defendant advised of his rights to appeal and to counsel. |