UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. No. 04-10030-MLW |
| DAVID DOYLE, ) | |
| ) | |
| Defendant. ) | |

ORDER

WOLF, D.J.                                                            April 4, 2007

For the reasons stated in court on April 4, 2007, it is hereby ORDERED that:

1. David Doyle's Supervised Release is REVOKED.

2. Doyle shall serve ten months in the custody of the Attorney General.

                                                            /s/ Mark L. Wolf
                                          UNITED STATES DISTRICT JUDGE